UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:   Stevens, Elizabeth

Case No.:   __19-18568-KCF__

Chapter:   __7__

Judge:   __Kathryn C. Ferguson__

### NOTICE OF PROPOSED ABANDONMENT

__Andrea Dobin,__    __Chapter 7 Trustee__   in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk of the U.S. Bankruptcy Court
U.S. Courthouse, 1st floor
402 E. State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson__ on __December 8, 2020__ at __10:00 a.m.__ at the United States Bankruptcy Court, Courtroom no __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

  50% interest in real estate located at:
4311 Okeechobee Blvd.
Lot 109
West Palm Beach, FL

  Valued at: $25,000.00 (mobile home)

Liens on property:

  n/a

Amount of equity claimed as exempt:

  $0.00

Objections must be served on, and requests for additional information directed to:

Name:   __Andrea Dobin, Trustee__

Address:   __McManimon, Scotland & Baumann, LLC 427 Riverview Plaza, Trenton, NJ 08611__

Telephone No.: __609.695.6070 or 973.243.8600__

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Elizabeth Stevens  
    Debtor(s)

Case No. 19-18568-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2  
Date Rcvd: Oct 30, 2020     Form ID: pdf905     Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elizabeth Stevens, 1 Barton Creek Road, Jackson, NJ 08527-4036 |
| cr | + | CENLAR FSB AS SERVICER FOR U.S. BANK NATIONAL ASSO, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | U. S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CMA, Phelan Hallinan&Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518210464 | + | Bank of America Home Loans, PO Box 5170, Simi Valley, CA 93062-5170 |
| 518210465 | | Chrysler Capital, PO Box 660647, Dallas, TX 75266-0647 |
| 518452610 | + | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 518210466 | + | Citimortgage, PO Box 183040, Columbus, OH 43218-3040 |
| 518210468 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Macy, PO Box 8218, Mason, OH 45040 |
| 518289469 | + | Joshua Stevens, 4 Cedarwood Lane, Jackson, NJ 08527-1450 |
| 518210470 | + | Ocean Orthopedics, 530 Lakehurst Road, Toms River, NJ 08755-8063 |
| 518210471 | #+ | Phelan Hallinan Diamond and Jones, 400 Fellowship Road, Mount Laurel, NJ 08054-3437 |
| 518210472 | + | Sears, PO Box 6217, Sioux Falls, SD 57117-6217 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 30 2020 21:20:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 30 2020 21:20:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518210467 | | Email/Text: mrdiscen@discover.com | Oct 30 2020 21:19:00 | Discover Card, PO Box 15316, Wilmington, DE 19850 |
| 518452609 | | Email/Text: bnc-quantum@quantum3group.com | Oct 30 2020 21:20:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518306489 | | Email/Text: mrdiscen@discover.com | Oct 30 2020 21:19:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518210469 | + | Email/Text: bnc@nordstrom.com | Oct 30 2020 21:19:09 | Nordstrom, 13531 E. Caley Ave, Englewood, CO 80111-6505 |
| 518444350 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 30 2020 21:10:18 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 518216607 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 30 2020 21:07:40 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 8

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Oct 30, 2020 | Form ID: pdf905 | Total Noticed: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 01, 2020    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2020 at the address(es) listed below:

**Name**     **Email Address**

Andrea Dobin
ecftrusteead@msbnj.com  NJ55@ecfcbis.com

Andrea Dobin
on behalf of Trustee Andrea Dobin adobin@msbnj.com

Andrew L. Spivack
on behalf of Creditor U. S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CMALT REMIC 2007-A1 - REMIC PASS-THROUGH CERTIFICATES. SERIES 2007-A1 andrew.spivack@brockandscott.com

David M. Meth
on behalf of Debtor Elizabeth Stevens david@methnjlaw.com

Denise E. Carlon
on behalf of Creditor Specialized Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Michael A. Siravo, IV
on behalf of Trustee Andrea Dobin msiravo@msbnj.com  msiravo@trenklawfirm.com

Robert Davidow
on behalf of Creditor CENLAR FSB AS SERVICER FOR U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CMALT REMIC 2007-A1 - REMIC PASS-THROUGH CERTIFICATES SERIES 2007-A1 nj.bkecf@fedphe.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8