UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  : Case no.: 19-18568

Elizabeth Stevens  : Chapter: 7

 : Judge: Ferguson

Debtor(s) :

**CERTIFICATION OF NO OBJECTION**

I _____Gary A. Nau_____, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

☒ Abandonment

☐ Public Sale

☐ Private Sale

☐ Settlement of Controversy

☐ Auctioneer Compensation

Description of Property (if applicable):
Real estate located at 562 Aldrich Road, Howell, NJ.

JEANNE A. NAUGHTON, Clerk

Date: 12/2/2020    By: Gary A. Nau

*rev.2/10/17*