UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                      : Case no.: _____19-18568_____
                                            :
Elizabeth Stevens                           : Chapter: _____7_____
                                            :
                                            : Judge: _____Ferguson_____
                    Debtor(s)               :
_____:

## CERTIFICATION OF NO OBJECTION

I _____Gary A. Nau_____, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ☒ Abandonment
- ☐ Public Sale
- ☐ Private Sale
- ☐ Settlement of Controversy
- ☐ Auctioneer Compensation

Description of Property (if applicable):
Real estate located at 1 Barton Creek Road, Jackson, NJ.

JEANNE A. NAUGHTON, Clerk

Date: _12/2/2020_____          By: _Gary A. Nau_____

*rev.2/10/17*