# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In re:  : Case no.: 19-18568

Elizabeth Stevens  : Chapter: 7

 : Judge: Ferguson

Debtor(s)  :

## CERTIFICATION OF NO OBJECTION

I  Gary A. Nau , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

☒ Abandonment

☐ Public Sale

☐ Private Sale

☐ Settlement of Controversy

☐ Auctioneer Compensation

Description of Property (if applicable):
50% real estate located at 4311 Okeechobee Blvd., West Palm Beach, FL.

JEANNE A. NAUGHTON, Clerk

Date: 12/2/2020    By: Gary A. Nau

*rev.2/10/17*