UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  :  Case no.: _____19-18568_____
        :
Elizabeth Stevens  :  Chapter: _____7_____
        :
        :  Judge: _____Ferguson_____
    Debtor(s)  :
_____ :

**CERTIFICATION OF NO OBJECTION**

I _____Gary A. Nau_____, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

☒ Abandonment

☐ Public Sale

☐ Private Sale

☐ Settlement of Controversy

☐ Auctioneer Compensation

Description of Property (if applicable):
50% interest in lots 14 and 41, Arlington Ave., Roxbury, NJ.

JEANNE A. NAUGHTON, Clerk

Date: _12/2/2020_____    By: _Gary A. Nau_____

*rev.2/10/17*