Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

           Case No.:  19−18568−KCF
           Chapter:  7
           Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Elizabeth Stevens
   1 Barton Creek Road
   Jackson, NJ 08527

Social Security No.:
   xxx−xx−6094

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Kathryn C. Ferguson on:

Date:     9/9/21
Time:     02:30 PM
Location:    Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
McManimon Scotland & Baumann LLC, Trustee's Attorney

COMMISSION OR FEES
fee: $8,199.00

EXPENSES
$23.10

If this is a chapter 13 case, the fees and expenses awarded:

    ☐    will not reduce the amount to be paid to general unsecured creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 11, 2021
JAN: bwj

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-18568-KCF |
| Elizabeth Stevens | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 11, 2021 | Form ID: 137 | Total Noticed: 20 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Elizabeth Stevens, 1 Barton Creek Road, Jackson, NJ 08527-4036 |
| cr | + | CENLAR FSB AS SERVICER FOR U.S. BANK NATIONAL ASSO, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | U. S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CMA, Phelan Hallinan&Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518210464 | + | Bank of America Home Loans, PO Box 5170, Simi Valley, CA 93062-5170 |
| 518210465 | | Chrysler Capital, PO Box 660647, Dallas, TX 75266-0647 |
| 518289469 | + | Joshua Stevens, 4 Cedarwood Lane, Jackson, NJ 08527-1450 |
| 518210470 | + | Ocean Orthopedics, 530 Lakehurst Road, Toms River, NJ 08755-8063 |
| 518210471 | + | Phelan Hallinan Diamond and Jones, 400 Fellowship Road, Mount Laurel, NJ 08054-3437 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 11 2021 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 11 2021 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518452610 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 11 2021 20:48:29 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 518210466 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 11 2021 20:48:29 | Citimortgage, PO Box 183040, Columbus, OH 43218-3040 |
| 518210467 | | Email/Text: mrdiscen@discover.com | Aug 11 2021 20:29:00 | Discover Card, PO Box 15316, Wilmington, DE 19850 |
| 518210468 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 11 2021 20:48:38 | Macy, PO Box 8218, Mason, OH 45040 |
| 518452609 | | Email/Text: bnc-quantum@quantum3group.com | Aug 11 2021 20:29:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518306489 | | Email/Text: mrdiscen@discover.com | Aug 11 2021 20:29:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518210469 | + | Email/Text: bnc@nordstrom.com | Aug 11 2021 20:29:58 | Nordstrom, 13531 E. Caley Ave, Englewood, CO 80111-6505 |
| 518444350 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 11 2021 20:48:28 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 518210472 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 11 2021 20:48:47 | Sears, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 518216607 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 11 2021 20:48:43 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA |

| Case 19-18568-KCF | Doc 64 | Filed 08/13/21 | Entered 08/14/21 00:12:47 | Desc Imaged |
Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 11, 2021 | Form ID: 137 | Total Noticed: 20 |

23541-1021

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 13, 2021              Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrea Dobin | ecftrusteead@msbnj.com NJ55@ecfcbis.com;trusteedobin@remote7solutions.com |
| Andrea Dobin | on behalf of Trustee Andrea Dobin adobin@msbnj.com |
| David M. Meth | on behalf of Debtor Elizabeth Stevens david@methnjlaw.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Michael A. Siravo, IV | on behalf of Trustee Andrea Dobin msiravo@msbnj.com msiravo@trenklawfirm.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M.E. Powers | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 ecf@powerskirn.com |

TOTAL: 7