FRI-32409 0312-3 137 19-18568
David M. Meth
200 Daniels Way
Suite 240
Freehold, NJ 07728

19-18568

004920 4920 1 AB 0.425 08527 4 3 9390-1-5251

Elizabeth Stevens
1 Barton Creek Road
Jackson, NJ 08527-4036

**FILED**
JEANNE A. NAUGHTON, CLERK
SEP - 3 2021
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____DEPUTY

# ATTENTION: ADDRESS CORRECTION REQUESTED

If you are receiving this notice, U.S. Postal Service records indicate that the address that the *debtor* listed is subject to a forwarding order. Forwarding orders are only good for a limited time.

| IF YOU ARE THE INTENDED NOTICE RECIPIENT, Update your address immediately with the Bankruptcy Court identified on the notice pursuant to the Court's local procedures. | IF YOU ARE THE DEBTOR/DEBTOR'S COUNSEL 1. Find an updated address and send the attached document to that address. 2. Update the address with the Bankruptcy Court pursuant to the Court's local procedures. |
|---|---|
| ELIZATH STEVENS<br>4311 OKEECHOBEE BLVD,<br>WEST PALM BEACH FL 33404<br>LOT 109 | |

004920    32409004924021



WEST PALM BCH FL 334
31 AUG 2021 PM 4 L

R. STEVENS
E. STEVENS
4311 OKEECHOBEE BLVD
LOT 109
WEST PALM BEACH FL 33409

DISTRICT OF NEW JERSEY
402 EAST STATE ST
TRENTON, NJ 08608

08608-150789