| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**McManimon Scotland & Baumann, LLC**<br>427 Riverview Plaza<br>Trenton, NJ 08611<br>609.695.6070<br>Attorneys for Andrea Dobin, Chapter 7 Trustee | Order Filed on May 10, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Stevens, Elizabeth,<br><br>      Debtor. | Case No.:    19-18568(KCF)<br><br>Judge:    Kathryn C. Ferguson, U.S.B.J.<br><br>Chapter:    7 |

## ORDER AUTHORIZING RETENTION OF
## JOSEPH B. FRIEDMAN, CPA, ACCOUNTANT TO TRUSTEE

The relief set forth on the following page is **ORDERED.**

**DATED: May 10, 2022**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain ___Joseph B. Friedman, CPA___

as___Accountant___ it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

    The professional's address is:    ___Joseph B. Friedman, CPA___

    ___PO Box 734___

    ___Cherry Hill, NJ  08003___

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted    ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case.  Payment to the professional be only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

4871-6358-6334, v. 1

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 19-18568-KCF
Elizabeth Stevens                                                                          Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin            Page 1 of 2
Date Rcvd: May 10, 2022        Form ID: pdf903        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Elizabeth Stevens, 4311 Okeechobee Blvd., Lot 109, West Palm Beach, FL 33409-3122 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2022           Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrea Dobin | ecftrusteead@msbnj.com NJ55@ecfcbis.com;trusteedobin@remote7solutions.com |
| Andrea Dobin | on behalf of Trustee Andrea Dobin adobin@msbnj.com cgallo@msbnj.com |
| David M. Meth | on behalf of Debtor Elizabeth Stevens david@methnjlaw.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Michael A. Siravo, IV | on behalf of Trustee Andrea Dobin msiravo@msbnj.com msiravo@trenklawfirm.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3     User: admin     Page 2 of 2
Date Rcvd: May 10, 2022     Form ID: pdf903     Total Noticed: 1

Vera Fedoroff
   on behalf of Debtor Elizabeth Stevens vf@legalmattersnj.com

William M.E. Powers
   on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 ecf@powerskirn.com

TOTAL: 8