UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on September 9, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Elizabeth Stevens

Case No.: 19-18568

Chapter: 7

Hearing Date: September 8, 2022

Judge: Kathryn C. Ferguson

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two (2) through _____ is **ORDERED**.

**DATED: September 9, 2022**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

IN RE:

ELIZABETH STEVENS

Case No. 19-18568 KCF

    Debtor.

**ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES**

AND NOW, this  8th  day of  September , 20<u>22</u>, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $<u>1,470.00</u> is reasonable compensation for the services in this case by Andrea Dobin, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $<u>26.69</u> is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

United States Bankruptcy Court

District of New Jersey

In re:  
Elizabeth Stevens  
    Debtor

Case No. 19-18568-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Sep 09, 2022      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Elizabeth Stevens, 4311 Okeechobee Blvd., Lot 109, West Palm Beach, FL 33409-3122 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrea Dobin | ecftrusteead@msbnj.com NJ55@ecfcbis.com;trusteedobin@remote7solutions.com |
| Andrea Dobin | on behalf of Accountant Joseph B. Friedman adobin@msbnj.com cgallo@msbnj.com |
| Andrea Dobin | on behalf of Trustee Andrea Dobin adobin@msbnj.com cgallo@msbnj.com |
| David M. Meth | on behalf of Debtor Elizabeth Stevens david@methnjlaw.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Michael A. Siravo, IV | on behalf of Trustee Andrea Dobin msiravo@msbnj.com msiravo@trenklawfirm.com |

District/off: 0312-3 User: admin Page 2 of 2
Date Rcvd: Sep 09, 2022 Form ID: pdf903 Total Noticed: 1

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Vera Fedoroff
    on behalf of Debtor Elizabeth Stevens vf@legalmattersnj.com

William M.E. Powers
    on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 ecf@powerskirn.com

TOTAL: 9